**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7938**

———————

JOSEPH EMANUEL CROUCH,

Plaintiff - Appellant,

versus

NORMAN C. TYLER, Detective; ARLINGTON COUNTY
POLICE DEPARTMENT; ARLINGTON COUNTY, VIRGINIA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, District
Judge. (CA-95-1489)

———————

Submitted:  April 15, 1996        Decided:  April 29, 1996

———————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Emanuel Crouch, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Crouch v. Tyler</u>, No. CA-95-1489 (E.D. Va. Oct. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>